# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  (347) 687-2019
Suite 308  q@gmail.com
Astoria, NY 11106

> Application granted.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 1, 2025

Honorable Philip M. Halpern
The Hon. Charles L. Brieant
Federal Building and United [States Courthouse]
300 Quarropas St.
White Plains, NY 10601-415[0]

Re: Castillo v. Stonelea Place LLC, et al., 24-cv-9756

Your Honor,

The parties have been working diligently to draft a final long form agreement for Cheeks review. Counsel have a proposed final draft for comment and review but will not likely be able to execute an agreement by the existing filing deadline of Wednesday July 2, 2025.

If the Court would permit, the parties would respectfully request leave to submit their Cheeks motion on or before July 9th, 2025. This is the first request for an extension and would not effect any other pending deadlines.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.